**FILED**

APR 1 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Margaret E. Schweigert, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.  **12 0560** |
| | ) |
| Ruth Ernst, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of New York, New York, sues an individual identified as the secretary of an attorney in the District of Columbia who declined to represent her. The complaint presents neither a federal question nor a basis for diversity jurisdiction because plaintiff does not seek monetary damages. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: March 27, 2012